**CHOICE HOTELS INTERNATIONAL, INCORPORATED, Plaintiff–Appellee,**

v.

**SHIV, LLC; Rashik M. Patel; Jagdish R. Patel, Defendants–Appellants.**

**No. 00–2195.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 28, 2001.

Decided March 19, 2001.

Onkar N. Sharma, Sharma & Bhandari, Silver Spring, MD, for appellants. James G. Healy, Silver Spring, MD, for appellee.

Before WILLIAMS and MICHAEL, Circuit Judges., and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Shiv, L.L.C., Jagdish R. Patel, and Rashik M. Patel, appeal the district court's orders denying the motion to vacate the default judgment and denying the motion for reconsideration. The Appellants claim that they established a meritorious defense to the action and extraordinary circumstances warranted vacating the default judgment. We have reviewed the record and the district court's memorandum opinion and find that the district court did not abuse its discretion. *See Brown v. French*, 147 F.3d 307, 310 (4th Cir.1998); *Heyman v. M.L. Mktg. Co.*, 116 F.3d 91, 94 (4th Cir.1997). Insofar as this case concerns the appeal from the order denying the motion to vacate the default judgment, we affirm on the reasoning of the district court. *See Choice Hotels Int'l v. Shiv, L.L.C.*, No. CA–00–901–AW (D. Md. filed Aug. 8, 2000; entered Aug. 9, 2000). We also affirm the court's marginal order denying the motion for reconsideration. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*